UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
In Re:                                                          Case No. 09-76648-dte

                                                      Chapter 7

JOHN FURMAN

                         Debtor.
---------------------------------------------------X

## ORDER VACATING AUTOMATIC STAY

       **WHEREAS**, pursuant to the motion of the secured creditor, Aurora Loan Services, LLC, for an order vacating the automatic stay pursuant to §362 of the Bankruptcy Code and to permit Aurora Loan Services, LLC to exercise all of its right and remedies with respect to its collateral for the indebtedness of Debtor to Aurora Loan Services, LLC and;

       **WHEREAS**, after *consideration of the motion that was brought before the Court by presentment* and due deliberation having been had, *and no opposition to the requested relief having been filed,* the Court is of the opinion that the relief prayed for in the motion should be granted, it is accordingly;

       **ORDERED**, that the automatic stay pursuant to §362 of the Bankruptcy Code as against Aurora Loan Services, LLC on the premises, 156 SW Peacock Boulevard 29-102, Port St. Lucie, Florida 34986 is hereby vacated, and it is;

       **ORDERED**, that Aurora Loan Services, LLC be, and hereby is, authorized to pursue a mortgage foreclosure proceeding in the Supreme Court of the State of Florida without further Order of this Court; and it is further

**ORDERED,** that in the event the foreclosure sale results in surplus monies, the attorney for the Applicant shall notify the Trustee, in writing, within 10 days of the sale of the existence of said surplus monies. All rights which the trustee has in said surplus monies are preserved.

Dated: Central Islip, New York
*November 19*, 2009

                                                    *s/ Dorothy Eisenberg*
                                                    Hon. Dorothy Eisenberg
                                                    United States Bankruptcy Judge